NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLFMC, LLC,**
*Plaintiff-Appellant,*

v.

**WHAM-O, INC.,**
*Defendant-Appellee,*

v.

**UNITED STATES,**
*Intervenor.*

---

2011-1067

---

Appeal from the United States District Court for the Western District of Pennsylvania in case no. 10-CV-0435, Judge Arthur J. Schwab.

---

## ON MOTION

---

Before RADER, *Chief Judge.*

## ORDER

Upon consideration of Wham-O, Inc.'s motion for leave to file a supplemental brief,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**MAY 0 2 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David G. Oberdick, Esq.
     Andrew John Dhuey, Esq.
     Douglas N. Letter, Esq.

s23

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 0 2 2011**

**JAN HORBALY**
**CLERK**